## AFFIDAVIT

I Hereby Certify that the foregoing facts are true and correct to the best of my knowledge and belief under penalty of perjury as per 28 USC Section 1746.

*Claudis Lassiter*
CLAUDIS LASSITER, Pro Se

## CERTIFICATE OF SERVICE

I Hereby Certify that a copy of the foregoing Petition/Motion was mailed on this MAY day of 5th, 2020, by First Class Mail, postage prepaid to:

Office of the US Attorney
Christine Oijyn Goo
36 S Charles St Ste 400
Baltimore MD 21202

*Claudis Lassiter*
CLAUDIS LASSITER, pro se

A week ago, the US had 3,500 confirmed COVID-19 cases, with 40 deaths. A scant seven days later, those numbers have increased by an order of magnitude: the nation has just passed 33,000 confirmed cases including several members of Congress and 413 deaths. And although some local and state governments are releasing thousands of inmates in order to prevent a coronavirus outbreak in crowded jails and prisons, there is no federal move to do so.

As of late last night, the Wall Street Journal reported, the Bureau of Prisons had confirmed three staff and three inmate cases. One of the BOP staff members who is presumed positive worked at a New Hampshire facility and may have been in contact with inmates, a BOP official told CBS News.

But despite inmate rumors to the contrary, the BOP is not using its furlough power, RRC placement, Elderly Offender Home Detention program, or power to recommend compassionate release to speed the release of vulnerable inmates.

Last week, the ACLU called on Attorney General William Barr to "immediately seek sentences consistent with retroactive application of provisions of the First Step Act, including the 851 enhancement, safety valve, and 924(c) "stacking" provisions." The ACLU demanded that BOP increase use of compassionate release for those over 65, have a medical condition; or who suffer from diseases making them vulnerable to the COVID-19 disease, and people within a year of release.

On Thursday, the Federal Public & Community Defenders asked DOJ to direct the BOP to grant the maximum amount of home confinement and to expand its reasons for recommending compassionate release to include risks of coronavirus to "identified persons over the age of 60, as well as persons with diabetes, respiratory problems, and compromised immune systems as facing special danger from COVID-19."

Inmate rumors that the BOP will release minimum security inmates were stoked by reports of a petition posted at the website change.org, demanding that President Trump order all BOP campers be sent to home confinement for the duration of the COVID-19 emergency. As of late Sunday, the petition had over 37,000 signatures. The odds this petition will have any effect whatsoever are zero.

Inmates face substantial risks due to the tight spaces in crowded conditions and strained health-care systems, according to experts. An opinion column in The New York Times last week warned that prisons and jails would be "the epicenter of the pandemic" unless action was taken. A similar column in The Washington Post warned, "Unless government officials act now, the novel coronavirus will spread rapidly in our jails and prisons, endangering not only prisoners and corrections workers but the general public as well."

"We're all headed for some dire consequences," The Wall Street Journal quoted Daniel Vasquez, a former California warden, as saying. "I think it's going to be impossible to stop it from spreading."

CBS News reported Thursday that BOP employees say their lives are in danger after bungled instructions and widespread supply shortages. "The agency is in chaos," CBS quoted Joe Rojas, regional vice president of a correctional officer labor union, as saying. "We are just scrambling to get things in order." At a Florida FCI, BOP staffers told CBS News that officers transferring inmates lack access to protective gear, soap, and hand sanitizer. Gloves are in short supply, and workers plan to reuse disposable masks.

"Our supply is very limited," Kristan Morgan, vice president of an officers' union, told CBS. "It's kind of like survival of the fittest at this point." She said she spent Tuesday afternoon admitting a busload of 12 new inmates, all of whom had high fevers. The facility's doctor is out sick, and their two nurses and one nurse practitioner are working around the clock. BOP staff have started to call in sick in order to avoid exposure. "They feel really betrayed," said union president Ray Coleman said.

## BOP-Reported Positive Tests for COVID-19 Nationwide[1]

| Date | Number of Positive Inmates | Number of Positive Staff | Number of Inmate Deaths |
|---|---|---|---|
| 3/19/2020 | 0 | 0 | 0 |
| 3/20/2020 | 0 | 2 | 0 |
| 3/21/2020 | 1 | 2 | 0 |
| 3/22/2020 | 1 | 2 | 0 |
| 3/23/2020 | 3 | 3 | 0 |
| 3/24/2020 | 6 | 3 | 0 |
| 3/25/2020 | 6 | 3 | 0 |
| 3/26/2020 | 10 | 8 | 0 |
| 3/27/2020 | 14 | 13 | 0 |
| 3/28/2020 | 19 | 19 | 1 |
| 3/29/2020 | 19 | 19 | 1 |
| 3/30/2020 | 28 | 24 | 1 |
| 3/31/2020 | 29 | 30 | 1 |
| 4/1/2020 | 57 | 37 | 3 |
| 4/2/2020 | 75 | 39 | 6 |
| 4/3/2020 | 91 | 50 | 7 |
| 4/4/2020 | 120 | 54 | 8 |
| 4/5/2020 | 138 | 59 | 8 |
| 4/6/2020 | 195 | 63 | 8 |
| 4/7/2020 | 241 | 72 | 8 |
| 4/8/2020 | 272 | 105 | 8 |
| 4/9/2020 | 283 | 125 | 8 |
| 4/10/2020 | 318 | 163 | 9 |
| 4/11/2020 | 335 | 185 | 9 |
| 4/12/2020 | 352 | 189 | 10 |
| 4/13/2020 | 388 | 201 | 13 |
| 4/14/2020 | 446 | 248 | 14 |
| 4/15/2020 | 451 | 280 | 16 |
| 4/16/2020 | 473 | 279 | 18 |
| 4/17/2020 | 465 | 296 | 18 |
| 4/18/2020 | 479 | 305 | 21 |
| 4/19/2020 | 495 | 309 | 22 |

*[handwritten margin notes: Suvica - 2010 founded by Tin Tin Su; APYX - med tech; PXD stock; PDGFRB]*

---

[1] Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) *at* https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with COVID-19 Cases* Federal Bureau of Prisons (Apr. 7, 2020) *at* www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).

Inmate Name: LASSITER, CLAUDIS
Date of Birth: 11/04/1978
Encounter Date: 09/04/2018 14:25
Sex: M   Race: BLACK
Provider: Miller, Jay MD
Reg #: 42543-037
Facility: ALF
Unit: B05

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
|  | Naproxen Tablet | 09/04/2018 14:25 | 500mg Orally - Two Times a Day x 14 day(s) |

Indication: Arthropathy, unspecified

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 530572-ALX | Triamterene/ HCTZ 37.5 MG/25 MG Tab | 09/04/2018 14:25 | Take one tablet by mouth daily x 365 day(s) |

Indication: Hypertension, Unspecified essential

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Hypertension-CBC<br>Chronic Care Clinics-Hypertension-Lipid Profile<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Chronic Care Clinics-Hypertension-Comprehensive Metabolic Profile (CMP)<br>Chronic Care Clinics-Hypertension-Urinalysis w/Reflex to Microscopic | One Time | 09/25/2018 00:00 | Routine |

Lab results requested to be notified to: Stoltz, John PA-C

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit due 2/25 | 02/25/2019 00:00 | MLP 13 |
| Chronic Care Visit due 8/18 | 08/18/2019 00:00 | Physician 03 |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

Follow with the ML and in 6-12 months
Have labs and immunizations and other orders done as discussed and scheduled

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/04/2018 | Counseling | Access to Care | Miller, Jay | Verbalizes Understanding |
| 09/04/2018 | Counseling | Exercise | Miller, Jay | Verbalizes Understanding |
| 09/04/2018 | Counseling | Plan of Care | Miller, Jay | Verbalizes Understanding |

Copay Required: No   Cosign Required: No
Telephone/Verbal Order: No

Completed by Miller, Jay MD on 09/04/2018 14:40

```
ALFB6           *           INMATE EDUCATION DATA        *      04-27-2020
PAGE 001        *               TRANSCRIPT               *      08:54:51


REGISTER NO: 42543-037      NAME..: LASSITER                FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: ALF-ALLENWOOD LOW FCI
```

------------------------------ EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ALF | ESL HAS | ENGLISH PROFICIENT | 11-26-2007 0001 | CURRENT |
| ALF | GED EARNED | GED EARNED IN BOP | 05-28-2009 0001 | CURRENT |

------------------------------- EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| ALF | UNIV CHILD DAY PARNT CLSS | 07-12-2019 | 07-12-2019 | P | C | P | 6 |
| ALF | ACE FINANCIAL PEACE UNIVERSITY | 06-03-2019 | 06-19-2019 | P | C | P | 25 |
| ALF | CELL STRUCTURE METAB & REPRO | 05-07-2019 | 05-21-2019 | P | C | P | 20 |
| ALF | 15 HOUR DRUG ABUSE EDUCATION | 03-19-2019 | 05-07-2019 | P | C | P | 12 |
| ALF | HUMAN BODY & CHEMISTRY OF LIFE | 04-09-2019 | 04-23-2019 | P | C | P | 20 |
| ALF | ACE BRICK WALLS CLASS | 04-22-2019 | 04-26-2019 | P | C | P | 10 |
| ALF | INSIDE OUT DAD PARNT PROG | 04-04-2019 | 04-09-2019 | P | C | P | 12 |
| ALF | ACE SINGLE MAN GOURMET | 01-15-2019 | 03-19-2019 | P | C | P | 20 |
| ALF | ACE AFRICAN AMERICAN HISTORY | 01-17-2019 | 03-21-2019 | P | C | P | 20 |
| ALF | STRESS MGT & LIFE FIT & WELL | 03-05-2019 | 03-19-2019 | P | C | P | 20 |
| ALF | PREV STI & ADDICTIVE BEHAVIOR | 02-05-2019 | 02-19-2019 | P | C | P | 20 |
| ALF | PREV CARDIO DISEASE & CANCER | 01-08-2019 | 01-28-2019 | P | C | P | 20 |
| ALF | MUSC ENDURANCE & COMP FIT PRG | 12-04-2018 | 12-24-2018 | P | C | P | 20 |
| ALF | APPRECIATING CLASSIC MOVIES | 10-17-2018 | 12-21-2018 | P | C | P | 20 |
| ALF | WGT MNGMT & CADIO ENDURANCE | 11-06-2018 | 11-26-2018 | P | C | P | 20 |
| ALF | NUTRITION, WELL & BODY COMP | 10-09-2018 | 10-29-2018 | P | C | P | 20 |
| ALF | PHYS FIT, WELL & BEHAVIOR MOD | 09-05-2018 | 09-25-2018 | P | C | P | 20 |
| ALF | EXERCISE PHYSIOLOGY (REC) | 09-19-2018 | 09-19-2018 | P | C | P | 1 |
| BMM | INFORMATION/COMMUNITY RESOURCE | 10-26-2011 | 10-26-2011 | P | C | P | 1 |
| BMM | RELEASE REQUIREMENTS/PROCEDURE | 10-26-2011 | 10-26-2011 | P | C | P | 1 |
| ASH | CALTHICS @ FCI | 09-01-2010 | 11-25-2010 | P | C | P | 90 |
| ASH | HISTORY OF JAZZ | 07-28-2010 | 11-02-2010 | P | C | P | 16 |
| ASH | SPINNING CLASS @ FCI | 04-28-2010 | 05-20-2010 | P | C | P | 24 |
| MRG | CLEP MANAGEMENT | 05-04-2009 | 08-11-2009 | P | C | P | 50 |
| MRG | CYCLE 1-VERY POOR COND @ 14:00 | 04-06-2009 | 06-12-2009 | P | C | P | 5 |
| MRG | 2009 SOFTBALL RULES UPDATE | 07-10-2009 | 07-10-2009 | P | C | P | 2 |
| MRG | BASKETBALL RULES UPDATE 2009 | 07-02-2009 | 07-02-2009 | P | C | P | 2 |
| MRG | GED SCORES REPORTED BY GTS | 01-27-2008 | 05-26-2009 | P | C | P | 344 |
| MRG | GED MCMILLEN 8:00-9:30 | 06-18-2008 | 03-15-2009 | C | W | I | 0 |
| MRG | ACE PRACTICAL ECONOMICS | 06-16-2008 | 08-18-2008 | P | C | P | 18 |
| MRG | GED INMATES IDLE/SHU | 06-13-2008 | 06-18-2008 | C | W | I | 0 |
| MRG | GED MCMILLEN 8:00-9:30 | 02-03-2008 | 06-13-2008 | C | W | I | 0 |
| MRG | ACE MONEY MANAGEMENT CLASS | 04-04-2008 | 06-08-2008 | P | C | P | 18 |
| MRG | CYCLE 1-VERY POOR COND @ 14:00 | 01-07-2008 | 03-14-2008 | P | C | P | 5 |
| MRG | BOOK MONTH CLUB 4/F. DOUGLASS | 02-03-2008 | 03-14-2008 | P | C | P | 10 |
| MRG | GED MCMILLEN- 1:30-3:00 | 01-27-2008 | 02-03-2008 | C | W | I | 0 |
| MRG | AIDS AWARENESS/DISEASE PREVENT | 11-15-2007 | 11-15-2007 | P | C | P | 1 |

```
G0002       MORE PAGES TO FOLLOW . . .
```

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Ms Dwelt | DATE: 4-13 |
|---|---|
| FROM: Claudis Lassiter | REGISTER NO.: 42543-037 |
| WORK ASSIGNMENT: Gate Pass | UNIT: Brady B    Cube# 46 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Yes I 'Am putting in this copout cause I believe that I'm eligible for the Cares Act can you please look into this matter for!! If not early release then a furlough home until all this pandemic over!!

(Do not write below this line)

DISPOSITION:

— See attached —

| Signature Staff Member | Date |
|---|---|
| A Duvall | 4/14/2020 |

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy Folder        SECTION 6

LASSITER, Claudis
Reg. No. 42543-037
Unit: Brady B, Cube 46
Page 1

---

### Inmate Request to Staff Response

This is in response to your Inmate Request to Staff in which you would like to be considered for Compassionate Release due to your health concerns as they relate to COVID-19.

The Bureau of Prisons has identified eight criteria for which you must meet to be considered for home confinement due to Covid-19, if you have underlying medical conditions identified by the CDC. This criteria has been developed based off of the AG Memo and the Cares Act, you must meet all of the below listed criteria;

1) Primary Offense is not violent;
2) Primary Offense is not sex offense;
3) Primary Offense is not terrorism;
4) No detainer;
5) Mental Health Care Level is less than IV
6) PATTERN risk score is MIN
7) BRAVO score is LOW or MIN
8) No Incident Reports in the past 12 months

Your current PATTERN risk scores is Low; therefore, you do not meet the criteria.

If you have further questions or concerns, please contact a member of your Unit Team.

_____          _4/14/2020_____
A. Dewalt                                                    Date
Unit Manager

Currently, Section 12003(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") grants discretion to the Bureau of Prisons (BOP) to place inmates on home confinement under 18 U.S.C. § 3624(c)(2). The BOP's discretion is guided by criteria listed in memoranda from the Attorney General.

After a comprehensive review of your circumstances, in accordance with the Attorney General's criteria, you are not eligible for home confinement placement. The Health Services department has indicated you do not have vulnerability in accordance with the CDC guidelines

>>> ~^!"LASSITER, ~^!CLAUDIS" <42543037@inmatemessage.com> 4/25/2020 8:24 PM >>>
To: DK WHITE
Inmate Work Assignment: gate pass

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
bbf1803a-fd18-45d6-bbda-cfb7d8c71b2a
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Mr White
There has been another memo put out abt the caresAct an it has changes for a 3rd time now an I meet all the criteria's for this one this time it says minimum is first priority an Low was to be evaluated next so when will that be ?? An by me completing ur Gate Pass program already an were suppose to be at the camp months ago but couldn't cause of the CoronaVirus .. If I were there my chances of going home on Home confinement would be really high having out custody like I do now ! Can u please review my situation cause me having High blood pressure an being on chronic care could enhance my chances of death if I were to catch the Virus !

```
ALFB6  606.00  *      MALE CUSTODY CLASSIFICATION FORM      *    05-05-2020
PAGE 001 OF 001                                                   07:20:36
                          (A) IDENTIFYING DATA
REG NO..: 42543-037           FORM DATE: 10-16-2019        ORG: DSC
NAME....: LASSITER, CLAUDIS
                                      MGTV: WRK CAD
PUB SFTY: NONE                        MVED: N/A
                           (B) BASE SCORING
DETAINER: (0) NONE            SEVERITY.......: (3) MODERATE
MOS REL.: 80                  CRIM HIST SCORE: (02) 3 POINTS
ESCAPES.: (0) NONE            VIOLENCE.......: (3) 5-10 YRS MINOR
VOL SURR: (0) N/A             AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (1) <5 YEARS
                          (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (1) AVERAGE  TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD


                   --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +11  +18    -2       +9       MINIMUM      N/A            OUT     DECREASE


G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```