## Post-Release Plan

The following is my tentive post-release to assist in a successful re-entry back into society and my community. My intention is for this to be a living document that will allow for flexibilty and adjustment as needed in reaching the goals i set for myself as well as those required of me through Supervised Release/Probation.

### Post-Conviction Skills

It is my intention to build upon and utilize the many skills I have acquired throughout my period of incarceration, including many courses and certifications in Parenting Skills, Job skills, Financial, and Release Preparation. (See Attached Inmate education data transcripts for specific course work and educational data).

### Post-Release Goals

Below are my tentative Short term (30 day), Intermediate (6 Mos) and Long Term (1 Year Plus) goals i have set for myself upon re-entry to my community, and focusing on the following areas of growth and goal attainment:

A. Employment/Financial
B. Living/Community/Family
C. Legal/Rehabilitation/Recidivism Prevention
D. Health/Wellness/Spiritual
E. Educational/Skill Building

## Post Release Goals

A. Employment/Financial
Short Term (30 Day)
- Obtain, Fill out and Submit 5 job applications or more per day and submit resume to potential employers
- Find a bank/financial institution that offers reasonable service and rates to establish or transfer savings and check accounts; preferably with branch locations
- Begin to estimate, plan and buget for monthly expenses; Keep a hardcopy ledger of all expenses/payments etc.

Intermediate (6 mos)
- Be established at a job, but looking for upward mobility and career options, so as not to get stuck in a "rut" in entry-level positions
- Be able to accurately estimate monthly expenses; have some money saved in preparation for long-term goals

Long Term (1 Year+)
- Establish a position in a career-related field, entry-level or otherwise, to begin networking and beginning my own Strenghten and Conditioning business and start by working at local Rec. center if possible
- Have steady income with savings for emergency; continue building credit.

B Living/Community/Family
Short Term (30 Day)
- Stay back at home with wife and kids.
- Pick back up with the loving relationship that me and my wife share before I left and while in prison.
- Make small steps being that positive roll model in my kids lives that they need so badly, while also being a strong caring son for my Mother and mothe-inlaw.
- Search for volunteer work opportunities within the community; preferably in a setting to assist at-risk youth

Intermediate (6 mos)
Have "Family Goals" established to work together on as a unit to better understand where we stand and are looking to accomplish as a family.
- Start to be a contributer towards bills in the household.
- Implement volunteerism within the community into our family activity time.

Long Term (1 year+)
- Continue to develop and establish family traditions, and opportunities to support each other as one family.
- Develop and lead further opportunities within the community to help disadvantaged or at-risk youth.

C Legal/Rehabilitation/Recidivism Prevention
  Short Term (30 Day)
- Report to probation meetings or any required classes or treatments

- Search for information regarding recidivism prevention programs and/or any other needed post-release support programs.

Intermediate (6 mos)
- Continue to report and be participating in a program

Long Term (1 years+)
- Continue to maintain employment report to probation as needed and be participating in a program

3 of 4

D. Health/Wellness/Spiritual
  Short Term
- Search for a gym to join and possibly start a fitness class there.
- Get reestablish with Mosque/Fiit group
- Begin to develop stress-relief activities for use especially during stressful periods of transition back to society

Intermediate
- Participate in gym activities such as boxing along with stre
- Participate in Mosque groups/functions and independently study Qu'ran on regular basis.

Long Term
- Continue to stay active in gym and eat healthy to maintain a healthy life style to suppress my High blood pressure issue's
- Involve family back into day to day Mosque fuctions and continue to progress in my own Studies of the Qu'ran on a regular basis

E. Educational/Skill building
  Short Term
- Search for a college or correspondence course(s) in which to enroll and explore options for financing course work.
- Begin to develop a new hobby or skill

Intermediate
- Engage in college course work towards degree or certification.
- Take Nutrition/personal training certification course/financial management

Long Term
- Personal Training Adults and youth to get to the college platform level, while making sure to receive my certifications in Nutrition/personal training