# WHAT'S HAPPENING AT ALLENWOOD

## (AND THE BOP FACILITIES)

A.   *COVID-19 is spreading through BOP at an exponential rate.*

The Court is familiar with the threat posed by COVID-19, particularly in the prison setting, where social distancing and hygiene recommended by the Centers for Disease Control are very difficult to achieve. Data shows that, not surprisingly, the virus is tearing through the BOP at a rate exponentially higher than it is spreading elsewhere in the United States. Indeed, at the time PETITIONER reportedly submitted his request for compassionate release with his Allenwood warden (04/25/20), BOP was reporting 377 inmates and staff were infected (not including those who had been infected but recovered), and 8 people dead. Today, BOP reports 1,948 are infected (not including those who have recovered), and 23 more people have perished, bringing the death count to 31.[1] The universe of those who have died from the virus in custody includes people under the age of 60, and people to whom courts had granted compassionate release but fell ill and died before the orders could be effectuated, and a 30-year old woman who had just given birth.[2]



COVID-19 Rate of Infection for Various Populations

(1)

| Location | Cases | Population | Infection Rate as Percent of Population | Infections/ 1,000 People |
|---|---|---|---|---|
| BOP Population | 1,376[3] | 178,649[4] | 7.70 | 0.7702% |
| United States | 980,008[5] | 329,574,093[6] | 2.97 | 0.2974% |
| China | 83,912[7] | 1,394,015,977[8] | 0.06 | 0.0060% |
| | 199,414[9] | 62,402,659[10] | 3.20 | 0.3196% |

| | BOP has an infection rate X times higher |
|---|---|
| Compared to the United States | 2.590248 |
| Compared to China | 127.9563 |
| Compared to Italy | 2.410268 |

Moreover, there is ample reason to believe that the Bureau of Prisons' numbers probably understate the spread within its system overall, and that there very well could be people infected with the virus at FCI Allenwood Low now, notwithstanding the BOP report. First, BOP excludes data from private run prisons.[11] Second, BOP's website lists only "lab positive tests," omitting "suspected, presumed positive, or clinically confirmed."[12] Third, the BOP numbers, which show no positive cases at the complex in which Petitioner is housed, appear to exclude at least two staff members who have tested positive, according to news sources.[13] Finally, it is by now well-known that people infected with COVID-19 "may not show symptoms.[14] The only way to be sure how many people in a prison are positive for the virus is to test them all, as some state prison systems have begun to do (causing their numbers to skyrocket), but BOP has not engaged in widespread testing.[15]

B. *Conditions at Petitioner facility are conducive to spreading the virus.*

Moreover, the inherent problem at every prison is that people come and go, and move about, and are packed in close quarters, sharing space and facilities. According to Petitioner, he and his fellow inmates at Allenwood Low have been locked down since April 1, like most of the rest of BOP, which will continue this lockdown through at least May 18.[16] But a lockdown is not a panacea. According to Petitioner, during

the "lockdown in place" method, inmates are still released for 45 minutes every other day, and in that time, they share showers, furniture, phones, and computers. Neither hand-sanitizer bottles nor disinfectant wipes are made available to the inmates either inside or outside of their cells. Moreover, he is not locked down alone. He shares his room and bathroom facilities with another man, whose actions he cannot control.

In short, the risk to *Petitioner* is real, and it is present now. *See United States v. Harris*, Case No. No. 19-356, 2020 WL 1482342, at *1 (D.D.C. Mar. 26, 2020) (noting that, between the time the government counseled the court to "wait and see" if any positive COVID-19 cases were detected at the D.C. jail, "at least one person at the D.C. jail has tested positive for the virus.").

### C. *Petitioner's medical conditions place him at particularly high risk for severe illness or death from COVID-19.*

Everyone incarcerated within BOP is at risk, but *Petitioner* is especially so. He does not have permission to keep bleach or other disinfecting materials needed to regularly clean and disinfect every part of it to kill the virus, which can live for up to 72 hours on surfaces (not to mention that this I difficult for him to accomplish on his own).[18]

In addition, he is predisposed to get very sick if he contracts the virus, as he is diabetic, and suffers from, among other conditions, high blood pressure, and is 60 years old.[19] According to the Centers for Disease Control and Prevention (CDC), diabetes and severe obesity may put individuals at "high-risk for severe illness from COVID-19."[20] Indeed, a study of 5,000 hospitalized patients published on a website for the Journal of the American Medical Association showed that 57% had high blood pressure, 41% were obese, and over 1/3 had diabetes. And a group of University of Missouri and Harvard doctors recently reported that data from China showed that the "fatality rate" for diabetics was almost three times the overall fatality rate."[21]

(3)

Although the CDC highlights the risk to those over 65, the Intensive Care National Audit and Research Centre in London reports that 45.8% of those between the ages of 50-69 admitted to critical care died in critical care.[22]

While some may argue that any defendant (like *any* person) will still be at risk outside of prison, that argument misses the point. COVID-19 is extremely dangerous to ~~Petitioner~~ wherever it is contracted, but the ability to guard against it is greater at home, where ~~Petitioner~~ can truly quarantine, where he can clean his wheelchair properly with help, and where he can shower alone, and freely practice the other hygiene and cleaning recommendations of experts. None of that can happen at the prison, where he shares a room and bathroom facilities with another man, shares a common area, showers, phones and computer terminals with hundreds of men who could be infected without anyone knowing it, and has no access to his own cleaning supplies. Indeed, the CDC's website says: "People in correctional and detention facilities are at greater risk for illnesses, such as COVID-19 because of their close living arrangements with other people."[23] Or, as one district judge put it recently, in the context of granting a motion for compassionate release, prisons are "tinderboxes for infectious disease." *United States v. Rodriguez*, No. 2:03-CR-00271-AB-1, 2020 WL 1627331, at *1 (E.D. Pa. Apr. 1, 2020).

(4)

# SUPPORTIVE FOOTNOTES

---

[1] BOP reports data on staff and inmates testing positive every afternoon, at www.bop.gov/coronavirus (last visited 4/29/20). The tables and charts that follow were created by an Assistant Federal Public Defender in New York, using data from www.bop.gov/coronavirus and www.cdc.gov as of April 27, 2020.

[2] BOP issues press releases regarding each death. *See* https://www.bop.gov/resources/press_releases.jsp (last visited 4/29/20). On April 1st, a district court in Northern Florida commuted a life sentence for a defendant named Andre Williams to time-served with 12-months home confinement, finding age and medical conditions created significant risk of "life threatening illness should he be exposed to COVID-19 while incarcerated." *U.S. v. Williams*, No. 04-cr-95, at *7 (N.D. Fla. Apr. 1, 2020) (ECF No. 91). Before the order granting release was filed, Mr. Williams caught coronavirus in FMC Butner. He died April 12th. *See* BOP, Inmate Locator website, *available at* https://bit.ly/2XDfgZe).

[3] Includes the number of both BOP inmates and staff who have tested positive for COVID-19. Numbers obtained from www.bop.gov/coronavirus on a daily basis.

[4] Includes the number of federal inmates in BOP-managed institutions and the BOP staff complement. Numbers obtained from www.bop.gov/coronavirus on a daily basis.

[5] Numbers obtained on 4/27/2020 at 3:58pm from https://coronavirus.jhu.edu/map.html.

[6] Numbers obtained on 4/27/2020 at 3:57pm from https://www.census.gov/popclock/.

[7] Numbers obtained on 4/27/2020 at 3:58pm from https://coronavirus.jhu.edu/map.html.

[8] Numbers obtained on 4/27/2020 at 3:57pm from https://www.census.gov/popclock/.

[9] Numbers obtained on 4/27/2020 at 3:58pm from https://coronavirus.jhu.edus/map.html.

[10] Numbers obtained on 4/27/2020 at 3:57pm from https://www.census.gov/popclock/.

[11] Dan Kane, "A second federal prison in NC has coronavirus cases, and U.S. officials aren't tracking it," *The News & Observer* (Apr. 19, 2020), *available at* (reporting positives at private prison, and that BOP spokeswoman confirmed that BOP site does not report positives at privately run prisons), *available at* https://www.newsobserver.com/news/local/article242125516.html (last visited Apr. 21, 2020).

[12] April 10, 2020 Press Release, "Rep. Bass & Nadler Demand Answers, Public Briefings from DOJ on Handling COVID-19 in Federal Prisons & CARES Act Implementation as Infections and Deaths Rise in the System," (Apr. 10, 2020), *available at* https://bass.house.gov/media-center/press-releases/rep-bass-nadler-demand-answers-public-briefings-doj-handling-covid-19 (last visited Apr. 13, 2020).

[13] According to local news reports citing the president of the union representing corrections officers at Allenwood, a resigning staff-member tested positive after his last day, which was March 25, and another staff member was confirmed positive sometime in early April 4. Marcia Moore, "UPDATE Allenwood prison staffer tests positive for COVID-19; limited contacted with staff, prisoners," *The Daily Item* (Apr. 10, 2020) (("Hart did not know specifics, including when the unidentified corrections officer tested positive, whether he was hospitalized or what prison he will be working at next."), *available at* https://www.dailyitem.com/coronavirus/update-allenwood-prison-staffer-tests-positive-for-covid-19-limited-contacted-with-staff-prisoners/article_29b79008-7a93-11ea-91da-9ff36b66bc50.html (last visited 4/27/20); Marcia Moore, "Allenwood prison worker tests positive for COVID-19," *The Daily Item* (Apr. 13, 2020) ("Hart, the president of the union representing corrections officers at U.S. Penitentiary at Allenwood, a maximum-security prison in the same complex where one officer was diagnosed with COVID-19 in March, said staff was notified of the second confirmed diagnosis on Friday."), *available at* https://www.dailyitem.com/news/snyder_county/allenwood-prison-worker-tests-positive-for-covid-19/article_4c7c4484-b39b-5b59-9429-0d4fe2797f71.html (last visited 4/27/2020).

[14] Apoorva Mandavilli, "Infected but Feeling Fine: The Unwitting Coronavirus Spreaders," *New York Times* (March 31, 2020), *available at* https://www.nytimes.com/2020/03/31/health/coronavirus-asymptomatic-transmission.html (last visited Apr. 1, 2020; *see also* CDC, "How Coronavirus Spreads" webpage, *available at* https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fprepare%2Ftransmission.html (last visited Apr. 1, 2020).

[15] *See* C. Aspinwall, J. Neff, "These Prisons Are Doing Mass Testing For COVID-19—And Finding Mass Infections," *The Marshall Project* (Apr. 24, 2020), *available at* https://www.themarshallproject.org/2020/04/24/these-prisons-are-doing-mass-testing-for-covid-19-and-finding-mass-infections ("Only a handful of states have taken this expansive testing approach so far—but it seems responsible for a spike in reported coronavirus cases behind bars.") (last visited 4/27/20); B. Chappell, "73% of Inmates at an Ohio Prison Test Positive for Coronoavirus," National Public Radio (Apr. 20, 2020), *available at* https://www.npr.org/sections/coronavirus-live-updates/2020/04/20/838943211/73-of-inmates-at-an-ohio-prison-test-positive-for-coronavirus (last visited 4/27/20). BOP has recently announced expanded testing, but is deploying it only at "institutions with known COVID-19 cases." *See* BOP website, "BOP Expands COVID-19 Testing," (Apr. 24, 2020) at https://www.bop.gov/resources/news/20200424_expanded_testing.jsp (last visited 4/27/20).

[16] COVID-19 Action Plan: Phase 5 (March 31, 2020), https://tinyurl.com/rb9umrx (last visited Apr. 13, 2020); COVID-19 Action Plan: Phase 6 (Apr. 14, 2020), https://www.bop.gov/resources/news/pdfs/20200414_press_release_action_plan_6.pdf (last visited Apr. 21, 2020).

Technology Users Attention: Precautions for COVID-19, at https://pva.org/covid-19/ (last visited Apr. 2, 2020); CDC, "People with Disabilities," website at https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-disabilities.html (last visited 4/27/20) (recommending regular disinfecting of wheelchairs); *see also* Numotion.com, "Coronavirus: What to do if you're in a wheelchair," at https://www.numotion.com/blog/march-2020/coronavirus-what-to-do-if-you-re-in-a-wheelchair (same, recommending disinfection of all parts of a wheelchair, not just wheels, with bleach) (last visited 4/27/20).

[19] Dkt. No. 231 at 3; Presentence Investigation Report (PSR) ¶¶ 60, 68-72.

[20] *See* CDC, "Groups at Higher Risk for Severe Illness," *available at* https://www.cdc.gov/coronavirus/2019-ncov/hcp/underlying-conditions.html (last visited 4/27/20).

[21] Michael A. Hill, Christos Mantzoros, and James R. Sowers, "Commentary: COVID-19 in patients with diabetes," Metabolism (Mar. 24, 2020), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7102643/ (last visited Apr. 17, 2020) ("Very recently a summary report from the Chinese Center for Disease Control of 72,314 cases across the country showed an overall fatality rate of 2.3% but this was increased to 10.5% in people with cardiovascular disease and 7.3 and 6%, respectively for people having diabetes or hypertension.").

[22] ICNARC report on COVID-19 in critical care, ICNARC at 14 (Apr. 4, 2020), *available at* https://www.icnarc.org/Our-Audit/Audits/Cmp/Reports (last visited 4/29/20).

The World Health Organization (WHO) identifies individuals at highest risk to include those over 60 years of age and those with cardiovascular disease, diabetes, chronic respiratory disease, and cancer. *See* https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200311-sitrep-51-covid-19.pdf?sfvrsn=1ba62e57_10; see also https://www.who.int/newsroom/q-a-detail/q-a-coronaviruses. The WHO further states that the risk of severe disease increases with age starting from around 40 years.

[23] *See* https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/faq.html (last visited Apr. 13, 2020). Moreover, locking inmates down is not a solution. Not only is lockdown a highly imperfect preventative measure as inmates are still regularly released to common areas, prolonged lockdown is more punitive than what the Court envisioned for *Petitioner* when the Court imposed its sentence.