Federal Correctional Institution Allenwood LLW
P.O Box 1000
White Deer PA. 17887



7019 2280 0000 7074 4861

Clerk of Court
101 W. Lombard st
Baltimore MD 21201

