## United States District Court
## District Of Maryland

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

May 27, 2020

James Warwick, Esquire
 Assistant United States Attorney

Zachary Stendig, Esquire
 Assistant United States Attorney

  Re: *United States of America v. Claudis Lassiter*
    Criminal No.:  ELH-17-0232

Dear Counsel:

  Defendant Claudis Lassiter filed a Motion For Compassionate Release on May 13, 2020. ECF 468.  The government is directed to respond by June 29, 2020.

  Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                 Sincerely,

                    /s/
                  Ellen Lipton Hollander
                  United States District Judge

cc:  Claudis Lassiter, #42543-037