**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9TH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA                                                                                    SHARI SILVER DERROW
FEDERAL PUBLIC DEFENDER                                                      ASSISTANT FEDERAL PUBLIC DEFENDER

May 30, 2020

Hon. Ellen L. Hollander
U.S. District Court
101 W. Lombard St.
Baltimore, MD 21201

      Re:   *United States v. Claudis Lassiter*, No. ELH-17-0232

Dear Judge Hollander:

      On May 13, 2020, the Court docketed a pro se motion for compassionate release filed by Mr. Lassiter. The Clerk's Office sent Mr. Lassiter a letter directing him to provide my office with documentation regarding his exhaustion of administrative remedies. Mr. Lassiter has provided us with an April 13, 2020, request and a response he received from the unit manager on April 14, 2020. The Office of the Federal Public Defender will not be supplementing Mr. Lassiter's pro se motion. However, we did want to provide the Court with the documentation from Mr. Lassiter regarding exhaustion of administrative remedies.

      I thank the Court for its attention to this matter.

                                                Sincerely,

                                                /s/

                                              Shari Silver Derrow
                                              Assistant Federal Public Defender

Enclosure

cc:      Claudis Lassiter