BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                             FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Ms Dwelt | DATE: 4-13 |
|---|---|
| FROM: Claudis Lassiter | REGISTER NO.: 42543-037 |
| WORK ASSIGNMENT: Gate Pass | UNIT: Brady B   Cube# 46 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Yes I'am putting in this copout cause I believe that I'm eligible for the cares Act can you please look into this matter for!! If not early release then a furlough home until all this pandemic over!!

(Do not write below this line)

DISPOSITION:

— See attached —

Signature Staff Member: A Dewalt          Date: 4/14/2020

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER             SECTION 6

Currently, Section 12003(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") grants discretion to the Bureau of Prisons (BOP) to place inmates on home confinement under 18 U.S.C. § 3624(c)(2). The BOP's discretion is guided by criteria listed in memoranda from the Attorney General.

After a comprehensive review of your circumstances, in accordance with the Attorney General's criteria, you are not eligible for home confinement placement. The Health Services department has indicated you do not have vulnerability in accordance with the CDC guidelines

>>> ~^!"LASSITER, ~^!CLAUDIS" <42543037@inmatemessage.com> 4/25/2020 8:24 PM >>>
To: DK WHITE
Inmate Work Assignment: gate pass

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
bbf1803a-fd18-45d6-bbda-cfb7d8c71b2a
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Mr White
There has been another memo put out abt the caresAct an it has changes for a 3rd time now an I meet all the criteria's for this one this time it says minimum is first priority an Low was to be evaluated next so when will that be ?? An by me completing ur Gate Pass program already an were suppose to be at the camp months ago but couldn't cause of the CoronaVirus .. If I were there my chances of going home on Home confinement would be really high having out custody like I do now ! Can u please review my situation cause me having High blood pressure an being on chronic care could enhance my chances of death if I were to catch the Virus !

LASSITER, Claudis
Reg. No. 42543-037
Unit: Brady B, Cube 46
Page 1

---

### Inmate Request to Staff Response

This is in response to your Inmate Request to Staff in which you would like to be considered for Compassionate Release due to your health concerns as they relate to COVID-19.

The Bureau of Prisons has identified eight criteria for which you must meet to be considered for home confinement due to Covid-19, if you have underlying medical conditions identified by the CDC. This criteria has been developed based off of the AG Memo and the Cares Act, you must meet all of the below listed criteria;

1) Primary Offense is not violent;
2) Primary Offense is not sex offense;
3) Primary Offense is not terrorism;
4) No detainer;
5) Mental Health Care Level is less than IV
6) PATTERN risk score is MIN
7) BRAVO score is LOW or MIN
8) No Incident Reports in the past 12 months

Your current PATTERN risk scores is Low; therefore, you do not meet the criteria.

If you have further questions or concerns, please contact a member of your Unit Team.

_____          4/14/2020
A. Dewalt                        Date
Unit Manager