```
MXRBY                      INMATE DISCIPLINE DATA           06-02-2020
PAGE 001         *     CHRONOLOGICAL DISCIPLINARY RECORD     *     08:25:34

REGISTER NO: 42543-037   NAME..: LASSITER, CLAUDIS
FUNCTION...: PRT     FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-02-2020

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2163265 - SANCTIONED  INCIDENT DATE/TIME: 05-15-2011 1035
DHO HEARING DATE/TIME: 06-16-2011 0840
FACL/CHAIRPERSON.....: BEC/C. METZGER
REPORT REMARKS.......: DENIES ENCOURAGING OTHER SHU INMATES TO ACT OUT AND
                       CHALLENGING STAFF OVER A CELL MOVE, MOST LIKE A 212
   299  DISRUPTIVE CONDUCT-HIGH  - FREQ: 1
        DIS GCT      / 27 DAYS / CS
        COMP:010 LAW:P    DISALLOW 27 DAYS OF GOOD CONDCUT TIME
        DS           / 15 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:     15 DAYS DISCIPLINARY SEGREGATION, SUSPENDED
                          PENDING 90 DAYS OF CLEAR CONDUCT
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2116349 - SANCTIONED  INCIDENT DATE/TIME: 01-15-2011 1610
DHO HEARING DATE/TIME: 06-16-2011 0820
FACL/CHAIRPERSON.....: BEC/C. METZGER
APPEAL CASE NUMBER(S): 634441
REPORT REMARKS.......: I/M DENIES ASSAULT, CLAIMS IT WAS A FIGHT
   224  ASSAULTING W/O SERIOUS INJURY  - FREQ: 1  ATI: IF2 RFP: D
        DIS GCT      / 27 DAYS / CS
        COMP:010 LAW:P    DISALLOW 27 DAYS OF GOOD CONDUCT TIME
        DS           / 30 DAYS / CS
        COMP:    LAW:     30 DAYS DISCIPLINARY SEGREGATION (SUSPENDED)
                          EXECUTED BASED ON IR#2163265
        LP COMM      / 3 MONTHS / CS
        COMP:    LAW:     HAS ALREADY SERVED THIS SANCTION
        LP VISIT     / 3 MONTHS / CS
        COMP:    LAW:     HAS ALREADY SERVED THIS SANCTION
-----------------------------------------------------------------------------
REPORT NUMBER........: 2116349 (REHEARD 06-16-2011 0820)
DHO HEARING DATE/TIME: 03-11-2011 1750
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2072501 - SANCTIONED  INCIDENT DATE/TIME: 09-29-2010 1945
UDC HEARING DATE/TIME: 10-05-2010 1425
FACL/UDC/CHAIRPERSON.: ASH/K/LESTER
REPORT REMARKS.......: INMATE STATED THE REPORT WAS TRUE AS WRITTEN
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM      / 14 DAYS / CS
        COMP:    LAW:     LOSS OF COMMISSARY FOR TWO WEEKS FROM 10-5 THRU
                          10-19-10




     G0002         MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 42543-037 NAME..: LASSITER, CLAUDIS
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-02-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1923002 - SANCTIONED INCIDENT DATE/TIME: 09-26-2009 1320
DHO HEARING DATE/TIME: 10-07-2009 1538
FACL/CHAIRPERSON.....: MRG/T. MCGEE
REPORT REMARKS.......: COMMITTED PROHIBITED ACT CODES 108 & 307. SANCTION PER
                       5270.07. ADMITS POSSESSING CELL PHONE & REFUSING ORDER.
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: ??? RFP: ?
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P    PLRA INMATE ADMITS POSSESSING CELL PHONE AND ATTEM
                          -PTING TO ALLUDE STAFF.
        DS         / 60 DAYS / CS
        COMP:    LAW:     DS FROM 10-07-2009 THROUGH 12-06-2009.
        LP COMM    / 1 YEARS / CS
        COMP:    LAW:     LP COMM FROM 10-07-2009 THROUGH 10-06-2010.
        LP PHONE   / 1 YEARS / CS
        COMP:    LAW:     LP PHONE FROM 10-07-2009 THROUGH 10-06-2010.
        LP VISIT   / 1 YEARS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:     180 DAYS SUSPENDED PENDING 180 DAYS CLEAR CONDUCT.
                          LP VISITS FROM 10-07-2009 THROUGH 04-05-2010.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CC
        COMP:    LAW:     LP COMM RUNS CONCURRENTLY WITH EXISTING SANCTIONS.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1868963 - SANCTIONED INCIDENT DATE/TIME: 05-15-2009 1235
DHO HEARING DATE/TIME: 06-02-2009 1102
FACL/CHAIRPERSON.....: MRG/T. MCGEE
REPORT REMARKS.......: COMMITTED PROHIBITED ACT CODE 310. SANCTION PER 5270.07.
                       WENT TO JUMAH BEFORE CHECKING IN AT 12:30 PM WORK-CALL.
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 2
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:     LP COMM FROM 06-02-2009 THROUGH 07-02-2009.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1801104 - SANCTIONED INCIDENT DATE/TIME: 11-17-2008 1405
UDC HEARING DATE/TIME: 11-18-2008 0812
FACL/UDC/CHAIRPERSON.: MRG/ALEXANDER/L. LINDSAY
REPORT REMARKS.......: FOUND GUILTY OF HAVING 11 BLANKETS ON HIS BED
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP OTHER   / 365 DAYS / CS
        COMP:    LAW:     LOSS OF LOWER BUNK.  WILL MOVE TO B-23 UPPER
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP OTHER   / 365 DAYS / CS
        COMP:    LAW:     ONE YEAR LOSS OF JOB (UNIT ORDERLY)




G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 42543-037 NAME..: LASSITER, CLAUDIS
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-02-2020
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1743168 - SANCTIONED  INCIDENT DATE/TIME: 06-12-2008 1420
UDC HEARING DATE/TIME: 06-17-2008 0815
FACL/UDC/CHAIRPERSON.: MRG/ALEXANDER/TURNER
REPORT REMARKS.......: LOSS OF JOB
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         LOSE JOB   / CS
         COMP:    LAW:    REMOVE FROM EDUCATION ORDERLY




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```