IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
   *Plaintiff*,

v.     Criminal No. ELH-17-232

CLAUDIS LASSISTER,
   *Defendant*

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 6th day of July, 2020, by the United States District Court for the District of Maryland, **ORDERED**:

The Motion (ECF 468) is DENIED, without prejudice.

/s/
Ellen Lipton Hollander
United States District Judge